No. 920. SOUTHEAST TEXAS CHAPTER OF NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION ET AL. *v.* TEXAS. Court of Civil Appeals of Texas, Sixth Supreme Judicial District. Certiorari denied. *Leroy Jeffers, Thomas C. Matthews, Jr., Thomas M. Phillips, William C. Harvin* and *W. Arthur Combs* for petitioners. *Waggoner Carr,* Attorney General of Texas, and *Joseph Jaworski,* Special Assistant Attorney General, for respondent.

No. 16, Misc. TENNISON *v.* DISTRICT COURT OF IOWA IN AND FOR LEE COUNTY. Supreme Court of Iowa. Certiorari denied. Petitioner *pro se. Evan Hultman,* Attorney General of Iowa, for respondent.

No. 52, Misc. ATKINSON *v.* TINSLEY, WARDEN. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer* and *John E. Bush,* Assistant Attorneys General, for respondent.

No. 368, Misc. JONES *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 542, Misc. GILBERT ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 768, Misc. DANIELSON *v.* MINNESOTA. Supreme Court of Minnesota. Certiorari denied. Petitioner *pro se. Walter F. Mondale,* Attorney General of Minnesota, and *Charles E. Houston,* Solicitor General, for respondent.